JS-6

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
     Federal Building, Suite 7516AA
     300 North Los Angeles Street
     Los Angeles, CA 90012
     Telephone: (213) 894-2464
     Facsimile: (213) 894-7819
     Email: Robert.Lester@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FONKA AROUNA MOUNDIH,<br><br>Defendant. | No.  CV 19-7260-DSF<br><br>[CR 17-0790-DSF-2]<br><br>**ORDER TERMINATING THE WRIT OF CONTINUING GARNISHMENT**<br><br>**[28 U.S.C. § 3205(c)(10)]**<br><br>**[ALAMILLO REBAR, INC.]** |

Pursuant to the request of the United States, IT IS HEREBY ORDERED that the Writ of Continuing Garnishment as to Garnishee Alamillo Rebar, Inc. in this matter, issued pursuant to the August 23, 2019 Order of Garnishment, is terminated, pursuant to 28 U.S.C. § 3205(c)(10).

DATED:  June 16, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE